FILED
April 22, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:10-mj-00113-KJN |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| VINH HOANG, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Vinh Hoang,; Case 2:10-mj-00113-KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured bond in the amount of $50,000.00 co-signed by Chan Hoang and Muoi Anh Ngo.

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) Pretrial Supervision/Conditions.

Issued at Sacramento, CA on 4/22/10 at 3:55pm.

By /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge