1 | DANIEL BRODERICK, Bar # 89424
Federal Defender
2 | DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 |

Attorney for Defendant
6 | JULIA SAECHAO

7 |                     IN THE UNITED STATES DISTRICT COURT

8 |                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9 |
UNITED STATES OF AMERICA,        )  No. Cr.S 10-168-JAM
10 |                               )
                  Plaintiff,      )
11 |                              )  STIPULATION AND ORDER TO MODIFY
       v.                         )  PRETRIAL CONDITIONS
12 |                              )
JULIA SAECHAO,                    )
13 |                              )
                                  )
14 |                              )  Judge: Hon. Kimberly J. Mueller
                  Defendant.      )
15 | _____)

16 |

17 |

18 |      JULIA SAECHAO, by and through her counsel, DENNIS S. WAKS,

19 | Supervising Assistant Federal Defender, the United States Government,

20 | by and through its counsel, TODD D. LERAS, Assistant United States

21 | Attorney, and Taifa Gaskins, United States Pretrial Service Officer,

22 | hereby agree to modify the defendant's conditions of release as

23 | follows:

24 |      Special condition number four,"travel is restricted to the Eastern

25 | District of California without the prior consent of the pretrial

26 | services officer," shall be amended. Travel will now be restricted to

27 | the Eastern and Northern Districts of California without the prior

28 | consent of the pretrial services officer.

1       The primary reason for this modification is that the defendant has

2   family that lives in the Oakland, CA area and the original condition

3   prevented the defendant from visiting her family.

4       Accordingly, all parties and Ms. Saechao agree that Ms. Saechao

5   will also be able to travel to the Northern District of California

6   without the prior consent from pretrial services.

7   DATED: <u>June 10, 2010</u>

8                           Respectfully submitted,

9                           DANIEL J. BRODERICK
    Federal Defender

10                          /S/ Dennis S. Waks

11                          _____
    DENNIS S. WAKS, Supervising Assistant

12                          Federal Defender
    Attorney for Defendant

13                          JULIA SAECHAO

14                          BENJAMIN B. WAGNER
    United States Attorney

15

16  DATE: <u>June 10, 2010</u>
                            /S/ Dennis S. Waks for

17  _____   _____
                            TODD D. LERAS
                            Assistant United States Attorney

18      **SO ORDERED.**

19  Dated: June 11, 2010.

20

21

22  U.S. MAGISTRATE JUDGE

23

24

25

26

27

28