1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DENNIS S. WAKS, BAR #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JULIA SAECHAO

6

7

                 IN THE UNITED STATES DISTRICT COURT
8
               FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,      )  CR.S. 10-0168-JAM
11                                 )
                     Plaintiff,    )  STIPULATION AND ORDER
12                                 )  TO EXTEND TIME FOR STATUS
        v.                         )  CONFERENCE AND EXCLUDE TIME
13                                 )
   TAC CHE, et al.,                )  DATE:  December 14, 2010
14                                 )  Time:  9:30 a.m.
                     Defendants.   )  Judge: John A. Mendez
15 _____

16

17       Defendant JULIA SAECHAO, by and through her counsel, DENNIS

18 S. WAKS, Supervising Assistant Federal Defender, TAC CHE by and

19 through his counsel, DONALD MASUDA and KENNY GIFFARD, BOB AN, by

20 and through his attorney RONALD PETERS, CUONG HOANG, by and

21 through his attorney SCOTT CAMERON, LIEN TROUNG by and through

22 his counsel, DINA SANTOS, KENNY LU, by and through his counsel

23 DAVID FISCHER, VINH HOANG, by and through his counsel GILBERT

24 ROQUE and the United States Government, by and through its

25 counsel, TODD LERAS, Assistant United States Attorney, hereby

26 stipulate that the status conference set for October 12, 2010, be

27 rescheduled for a status conference on Tuesday, December 14,

28 2010, at 9:30 a.m.

                                   1

1      This continuance is being requested because defense counsel

2  needs additional time to review discovery, talk to witnesses and

3  pursue investigation.

4      Speedy trial time is to be excluded from the date of this

5  order through the date of the status conference set for December

6  14, 2010, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable

7  time to prepare] (Local Code T4).

8  DATED: October 6, 2010

9

10                                    Respectfully Submitted,

                                      DANIEL J. BRODERICK
11                                    Federal Defender

12
                                      /s/ Dennis S. Waks
13                                    Supervising Assistant
                                      Federal Defender
14                                    Attorney for Defendant
                                      JULIA SAECHAO
15
                                      /s/ Dennis S. Waks for
16
                                      _____
                                      DONALD MASUDA
17                                    Attorney for TAC CHE

18

19                                    /s/ Dennis S. Waks for

20                                    _____
                                      KENNY GIFFARD
                                      Attorney for TAC CHE
21

22
                                      /s/ Dennis S. Waks for
23
                                      _____
                                      RONALD PETERS
24                                    Attorney for BOB AN

25
                                      /s/ Dennis S. Waks for
26
                                      _____
                                      SCOTT CAMERON
27                                    Attorney for CUONG HOANG

28  / / /

2

1

2

3

4                                         /s/ Dennis S. Waks for
                                          _____
                                          DINA SANTOS
5                                         Attorney for LIEN TRUONG

6

7                                         /s/ Dennis S. Waks for
                                          _____
8                                         DAVID FISCHER
9                                         Attorney for KENNY LU

10

11                                        /s/ Dennis S. Waks for
                                          _____
12                                        GILBERT ROQUE
                                          Attorney for VINH HOANG
13

14
DATED:   October 6, 2010                  BENJAMIN B. WAGNER
15                                        United States Attorney

16
                                          /s/  Dennis S. Waks for
                                          _____
17                                        TODD LERAS
                                          Assistant U.S. Attorney
18
**SO ORDERED.**
19

20 Dated: October 7, 2010

21

22                                        /s/ John A. Mendez
                                          _____
                                          JOHN A. MENDEZ
23                                        United States District Court Judge

24

25

26

27

28

3