DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIA SAECHAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 10-0168-JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME FOR STATUS |
| v. ) | CONFERENCE AND EXCLUDE TIME |
| ) | |
| TAC CHE, et al., ) | DATE: February 8, 2011 |
| ) | Time: 9:30 a.m. |
| Defendants. ) | Judge: John A. Mendez |

Defendant JULIA SAECHAO, by and through her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, TAC CHE by and through his counsel, DONALD MASUDA and KENNY GIFFARD, BOB AN, by and through his attorney, RONALD PETERS, CUONG HOANG, by and through his attorney, SCOTT CAMERON, LIEN TROUNG, by and through his counsel, DINA SANTOS, KENNY LU, by and through his counsel, DAVID FISCHER, VINH HOANG, by and through his counsel, GILBERT ROQUE and the United States Government, by and through its counsel, TODD LERAS, Assistant United States Attorney, hereby stipulate that the status conference set for December 14, 2010, be rescheduled for a status conference on Tuesday, February 8, 2011, at 9:30 a.m.

1

This continuance is being requested because defense counsel needs additional time to review discovery, talk to witnesses and pursue investigation.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for February 8, 2011, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable time to prepare] (Local Code T4).

DATED: December 8, 2010

        Respectfully Submitted,

        DANIEL J. BRODERICK
        Federal Defender

        /s/ Dennis S. Waks
        Supervising Assistant
        Federal Defender
        Attorney for Defendant
        JULIA SAECHAO

        /s/ Dennis S. Waks for

        DONALD MASUDA
        Attorney for TAC CHE

        /s/ Dennis S. Waks for

        KENNY GIFFARD
        Attorney for TAC CHE

        /s/ Dennis S. Waks for

        RONALD PETERS
        Attorney for BOB AN

        /s/ Dennis S. Waks for

        SCOTT CAMERON
        Attorney for CUONG HOANG

/ / /

```
                                    /s/ Dennis S. Waks for
                                    _____
                                    DINA SANTOS
                                    Attorney for LIEN TRUONG



                                    /s/ Dennis S. Waks for
                                    _____
                                    DAVID FISCHER
                                    Attorney for KENNY LU



                                    /s/ Dennis S. Waks for
                                    _____
                                    GILBERT ROQUE
                                    Attorney for VINH HOANG


DATED:  December 8, 2010            BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/  Dennis S. Waks for
                                    _____
                                    TODD LERAS
                                    Assistant U.S. Attorney
```

**SO ORDERED.**

Dated: December 8, 2010


                    /s/ John A. Mendez
                    _____
                        JOHN A. MENDEZ
                    United States District Court Judge

3