DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIA SAECHAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S. 10-0168-JAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| TAC CHE, et al., | DATE: April 12, 2011 |
| | Time: 9:30 a.m. |
| Defendants. | Judge: John A. Mendez |

Defendant JULIA SAECHAO, by and through her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, TAC CHE by and through his counsel, DONALD MASUDA and KENNY GIFFARD, BOB AN, by and through his attorney, RONALD PETERS, CUONG HOANG, by and through his attorney, SCOTT CAMERON, LIEN TROUNG, by and through his counsel, DINA SANTOS, KENNY LU, by and through his counsel, DAVID FISCHER, VINH HOANG, by and through his counsel, GILBERT ROQUE and the United States Government, by and through its counsel, TODD LERAS, Assistant United States Attorney, hereby stipulate that the status conference set for February 11, 2011, be rescheduled for a status conference on Tuesday, April 12, 2011, at 9:30 a.m.

1

1    This continuance is being requested because defense counsel
2 needs additional time to review discovery, talk to witnesses and
3 pursue investigation.
4    Speedy trial time is to be excluded from the date of this
5 order through the date of the status conference set for April 12,
6 2011, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable
7 time to prepare] (Local Code T4).

DATED: February 9, 2011                Respectfully Submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender


                                       /s/ Dennis S. Waks
                                       Supervising Assistant
                                       Federal Defender
                                       Attorney for Defendant
                                       JULIA SAECHAO


                                       /s/ Dennis S. Waks for
                                       DONALD MASUDA
                                       Attorney for TAC CHE


                                       /s/ Dennis S. Waks for
                                       KENNY GIFFARD
                                       Attorney for TAC CHE


                                       /s/ Dennis S. Waks for
                                       RONALD PETERS
                                       Attorney for BOB AN


                                       /s/ Dennis S. Waks for
                                       SCOTT CAMERON
                                       Attorney for CUONG HOANG


                                       /s/ Dennis S. Waks for
                                       DINA SANTOS
                                       Attorney for LIEN TRUONG


                                       /s/ Dennis S. Waks for
                                       DAVID FISCHER
                                       Attorney for KENNY LU

```
                                        /s/ Dennis S. Waks for
                                        GILBERT ROQUE
                                        Attorney for VINH HOANG


DATED:  February 9, 2011                BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/  Dennis S. Waks for
                                        TODD LERAS
                                        Assistant U.S. Attorney
```

**SO ORDERED.**

Dated: 2/10/2011

```
                                        /s/ John A. Mendez
                                        JOHN A. MENDEZ
                                        United States District Court
```