1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JULIA SAECHAO

                IN THE UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S. 10-0168-JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME FOR STATUS |
| v. | ) | CONFERENCE AND EXCLUDE TIME |
| | ) | |
| TAC CHE, et al., | ) | DATE: June 7, 2011 |
| | ) | Time: 9:30 a.m. |
| Defendants. | ) | Judge: John A. Mendez |
| _____ | ) | |

Defendant JULIA SAECHAO, by and through her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, TAC CHE by and through his counsel, DONALD MASUDA and KENNY GIFFARD, BOB AN, by and through his attorney, RONALD PETERS, CUONG HOANG, by and through his attorney, SCOTT CAMERON, LIEN TROUNG, by and through his counsel, DINA SANTOS, KENNY LU, by and through his counsel, DAVID FISCHER, VINH HOANG, by and through his counsel, GILBERT ROQUE and the United States Government, by and through its counsel, TODD LERAS, Assistant United States Attorney, hereby stipulate that the status conference set for April 12, 2011, be rescheduled for a status conference on Tuesday, June 7, 2011, at 9:30 a.m.

    This continuance is being requested because defense counsel needs additional time to review discovery, talk to witnesses and pursue investigation.

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 7, 2011, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable time to prepare] (Local Code T4).

DATED: April 6, 2011                    Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Dennis S. Waks
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        JULIA SAECHAO


                                        /s/ Dennis S. Waks for
                                        DONALD MASUDA
                                        Attorney for TAC CHE


                                        /s/ Dennis S. Waks for
                                        KENNY GIFFARD
                                        Attorney for TAC CHE


                                        /s/ Dennis S. Waks for
                                        RONALD PETERS
                                        Attorney for BOB AN


                                        /s/ Dennis S. Waks for
                                        SCOTT CAMERON
                                        Attorney for CUONG HOANG


                                        /s/ Dennis S. Waks for
                                        DINA SANTOS
                                        Attorney for LIEN TRUONG


                                        /s/ Dennis S. Waks for
                                        DAVID FISCHER
                                        Attorney for KENNY LU

```
                                        /s/ Dennis S. Waks for
                                        GILBERT ROQUE
                                        Attorney for VINH HOANG


DATED:   April 6, 2011                  BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/  Dennis S. Waks for
                                        TODD LERAS
                                        Assistant U.S. Attorney
```

**SO ORDERED.**

Dated: April 8,  2011

```
                                         /s/ John A. Mendez
                                        JOHN A. MENDEZ
                                        United States District Court
```