1 DANIEL J. BRODERICK, Bar #89424
  Federal Defender
2 DENNIS S. WAKS, Bar #142581
  Supervising Assistant Federal Defender
3 801 I Street, 3rd Floor
  Sacramento, California 95814
4 Telephone: (916) 498-5700

5 Attorney for Defendant
  JULIA SAECHAO
6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) CR.S. 10-0168-JAM
                                )
12              Plaintiff,       ) STIPULATION AND ORDER
                                ) TO EXTEND TIME FOR STATUS
13        v.                     ) CONFERENCE AND EXCLUDE TIME
                                )
14 TAC CHE, et al.,             ) DATE:  July 26, 2011
                                ) Time:  9:30 a.m.
15              Defendants.      ) Judge: John A. Mendez
   _____)
16

17        Defendant JULIA SAECHAO, by and through her counsel, DENNIS

18 S. WAKS, Supervising Assistant Federal Defender, TAC CHE by and

19 through his counsel, DONALD MASUDA and KENNY GIFFARD, BOB AN, by

20 and through his attorney, RONALD PETERS, CUONG HOANG, by and

21 through his attorney, SCOTT CAMERON, LIEN TROUNG, by and through

22 his counsel, DINA SANTOS, KENNY LU, by and through his counsel,

23 DAVID FISCHER, VINH HOANG, by and through his counsel, GILBERT

24 ROQUE and the United States Government, by and through its

25 counsel, TODD LERAS, Assistant United States Attorney, hereby

26 stipulate that the status conference set for June 7, 2011, be

27 rescheduled for a status conference on Tuesday, July 26, 2011, at

28 9:30 a.m.

                               1

1  This continuance is being requested because defense counsel
2  needs additional time to review discovery, talk to witnesses and
3  pursue investigation.

4  Furthermore, the party's have been diligently attempting to
5  reach a negotiated disposition in this case and we believe that
6  the additional time will aid us in that attempt.

7  Speedy trial time is to be excluded from the date of this
8  order through the date of the status conference set for July 26,
9  2011, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable
10 time to prepare] (Local Code T4).

11 DATED: June 2, 2011                   Respectfully Submitted,

12                                       DANIEL J. BRODERICK
                                         Federal Defender
13

14                                       /s/ Dennis S. Waks
                                         Supervising Assistant
15                                       Federal Defender
                                         Attorney for Defendant
16                                       JULIA SAECHAO

17
                                         /s/ Dennis S. Waks for
18                                       DONALD MASUDA
                                         Attorney for TAC CHE
19

20                                       /s/ Dennis S. Waks for
                                         KENNY GIFFARD
21                                       Attorney for TAC CHE

22
                                         /s/ Dennis S. Waks for
23                                       RONALD PETERS
                                         Attorney for BOB AN
24

25                                       /s/ Dennis S. Waks for
                                         SCOTT CAMERON
26                                       Attorney for CUONG HOANG

27                                       /s/ Dennis S. Waks for
                                         DINA SANTOS
28                                       Attorney for LIEN TRUONG

                                         2

1
2          /s/ Dennis S. Waks for
           DAVID FISCHER
3          Attorney for KENNY LU

4          /s/ Dennis S. Waks for
           GILBERT ROQUE
5          Attorney for VINH HOANG

6
   DATED:   June 2, 2011          BENJAMIN B. WAGNER
7                                 United States Attorney

8
           /s/  Dennis S. Waks for
9          TODD LERAS
           Assistant U.S. Attorney
10
   **SO ORDERED.**
11
   Dated: 6/3/2011
12

13
           /s/ John A. Mendez
14         JOHN A. MENDEZ
           United States District Court
15

16

17

18

19

20

21

22

23

24

25

26

27

28