GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for VINH HOANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 2:10-CR-168-JAM |
| | ) | |
| Plaintiff, | ) | ORDER FOR |
| | ) | WAIVER OF DEFENDANT |
| vs. | ) | VINH HOANG'S |
| | ) | PERSONAL APPEARANCE |
| VINH HOANG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The undersigned defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in his absence.

    Defendant further acknowledges that he has been informed of his rights under Title 18 United States Code Section 3161-3174 (Speedy Trial Act), and authorizes his attorney to set

times and delays under that Act without defendant being present. Defendant has been explained his rights to a speedy public jury trial under both the Sixth Amendment of the United States Constitution and the Speedy Trial Act, and agrees to waive time under both the Sixth Amendment of the United States Constitution and the Speedy Trial Act regarding his right to a speedy public jury trial.

DATED: 7/26/11                     /s/ Vinh Hoang
                                   VINH HOANG, Defendant

APPROVED:
DATED: 7/26/11                     /s/ Gilbert A. Roque
                                   GILBERT A. ROQUE, Attorney for
                                   Defendant VINH HOANG

**IT IS HEREBY ORDERED** that Defendant Vinh Hoang's appearance is waived for the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.

**IT IS SO ORDERED**.

DATED: 7/27/2011                   /s/ John A. Mendez
                                   JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE

2