```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIA SAECHAO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 10-0168-JAM |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME FOR STATUS |
| v. ) | CONFERENCE AND EXCLUDE TIME |
| TAC CHE, et al., ) | DATE: November 15, 2011 |
| ) | Time: 9:30 a.m. |
| Defendants. ) | Judge: John A. Mendez |

Defendant JULIA SAECHAO, by and through her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, TAC CHE by and through his counsel, DONALD MASUDA and KENNY GIFFARD, BOB AN, by and through his attorney, RONALD PETERS, CUONG HOANG, by and through his attorney, SCOTT CAMERON, LIEN TROUNG, by and through his counsel, DINA SANTOS, KENNY LU, by and through his counsel, DAVID FISCHER, VINH HOANG, by and through his counsel, GILBERT ROQUE and the United States Government, by and through its counsel, TODD LERAS, Assistant United States Attorney, hereby stipulate that the status conference set for September 20, 2011, be rescheduled for a status conference on Tuesday, November 15, 2011, at 9:30 a.m.

1  This continuance is being requested because defense counsel
2 needs additional time to review discovery, talk to witnesses and
3 pursue investigation.
4  Furthermore, the party's have been diligently attempting to
5 reach a negotiated disposition in this case and we believe that
6 the additional time will aid us in that attempt.
7  Speedy trial time is to be excluded from the date of this
8 order through the date of the status conference set for November
9 15, 2011, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable
10 time to prepare] (Local Code T4).
11  The Court finds that the ends of justice to be served by
12 granting a continuance outweigh the best interest of the public
13 and the defendants in a speedy trial.

14 DATED: September 14, 2011           Respectfully Submitted,

15                                      DANIEL J. BRODERICK
                                        Federal Defender
16

17                                      /s/ Dennis S. Waks
                                        Supervising Assistant
18                                      Federal Defender
                                        Attorney for Defendant
19                                      JULIA SAECHAO

20
                                        /s/ Dennis S. Waks for
21                                      DONALD MASUDA
                                        Attorney for TAC CHE
22

23                                      /s/ Dennis S. Waks for
                                        KENNY GIFFARD
24                                      Attorney for TAC CHE

25
                                        /s/ Dennis S. Waks for
26                                      RONALD PETERS
                                        Attorney for BOB AN
27

28

```
 1                                    /s/ Dennis S. Waks for
                                      SCOTT CAMERON
 2                                    Attorney for CUONG HOANG

 3                                    /s/ Dennis S. Waks for
                                      DINA SANTOS
 4                                    Attorney for LIEN TRUONG

 5
                                      /s/ Dennis S. Waks for
 6                                    DAVID FISCHER
                                      Attorney for KENNY LU
 7
                                      /s/ Dennis S. Waks for
 8                                    GILBERT ROQUE
                                      Attorney for VINH HOANG
 9

10
    DATED:  September 14, 2011        BENJAMIN B. WAGNER
11                                    United States Attorney

12
                                      /s/  Dennis S. Waks for
13                                    TODD LERAS
                                      Assistant U.S. Attorney
14
    SO ORDERED.
15
    Dated: September 14, 2011
16

17
                                      /s/ John A. Mendez
18                                    JOHN A. MENDEZ
                                      United States District Court
19

20

21

22

23

24

25

26

27

28
```

3