DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIA SAECHAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S. 10-0168-JAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| TAC CHE, et al., | DATE: February 28, 2012 |
| | Time: 9:30 a.m. |
| Defendants. | Judge: John A. Mendez |

Defendant JULIA SAECHAO, by and through her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, TAC CHE by and through his counsel, DONALD MASUDA and KENNY GIFFARD, BOB AN, by and through his attorney, RONALD PETERS, CUONG HOANG, by and through his attorney, SCOTT CAMERON, LIEN TROUNG, by and through his counsel, DINA SANTOS, KENNY LU, by and through his counsel, DAVID FISCHER, VINH HOANG, by and through his counsel, GILBERT ROQUE and the United States Government, by and through its counsel, TODD LERAS, Assistant United States Attorney, hereby stipulate that the status conference set for January 17, 2012, be rescheduled for a status conference on Tuesday, February 28, 2012, at 9:30 a.m.

1  This continuance is being requested because defense counsel
2 needs additional time to review discovery, talk to witnesses and
3 pursue investigation.
4  Furthermore, the party's have been diligently attempting to
5 reach a negotiated disposition in this case and we believe that
6 the additional time will aid us in that attempt.
7  Speedy trial time is to be excluded from the date of this
8 order through the date of the status conference set for February
9 28, 2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable
10 time to prepare] (Local Code T4).
11  The Court finds that the ends of justice to be served by
12 granting a continuance outweigh the best interest of the public
13 and the defendants in a speedy trial.

14 DATED: January 10, 2012          Respectfully Submitted,

15                                  DANIEL J. BRODERICK
                                    Federal Defender
16

17                                  /s/ Dennis S. Waks
                                    Supervising Assistant
18                                  Federal Defender
                                    Attorney for Defendant
19                                  JULIA SAECHAO

20
                                    /s/ Dennis S. Waks for
21                                  DONALD MASUDA
                                    Attorney for TAC CHE
22

23                                  /s/ Dennis S. Waks for
                                    KENNY GIFFARD
24                                  Attorney for TAC CHE

25
                                    /s/ Dennis S. Waks for
26                                  RONALD PETERS
                                    Attorney for BOB AN
27

28

```
                              /s/ Dennis S. Waks for
                              SCOTT CAMERON
                              Attorney for CUONG HOANG

                              /s/ Dennis S. Waks for
                              DINA SANTOS
                              Attorney for LIEN TRUONG


                              /s/ Dennis S. Waks for
                              DAVID FISCHER
                              Attorney for KENNY LU

                              /s/ Dennis S. Waks for
                              GILBERT ROQUE
                              Attorney for VINH HOANG


DATED:  January 10, 2012      BENJAMIN B. WAGNER
                              United States Attorney


                              /s/  Dennis S. Waks for
                              TODD LERAS
                              Assistant U.S. Attorney
```

**SO ORDERED.**

Dated: 1/11/2012

```
                              /s/ John A. Mendez
                              JOHN A. MENDEZ
                              United States District Court
```