GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for VINH HOANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>VINH HOANG,<br><br>               Defendant | CASE NO. 2:10-CR-168-JAM<br><br>STIPULATION AND ORDER TO MODIFY PRESENTENCE REPORT SCHEDULE AND TO CONTINUE JUDGMENT AND SENTENCING DATE |

    Defendant Vinh Hoang, through his appointed counsel, Gilbert A. Roque, and the United States of America, through Assistant United States Attorney Todd D. Leras, stipulate to modify the schedule for disclosure of the Presentence Report and for filing of objections to the Presentence Report, and further stipulate to continue the judgment and sentencing date, as follows:

    The draft Presentence Report shall be disclosed January 15, 2013.  Counsel's written objections to the report shall be due January 29, 2013.  The final report shall be filed and disclosed February 12, 2013.  The motion for correction of the report shall be filed and served February 26, 2013.  The reply or statement of non-opposition shall be due March 12, 2013.  The judgment and sentencing hearing presently set for January 8, 2013, at 9:45 a.m., shall be continued to March 19, 2013, at 9:45 a.m., before the Honorable John A. Méndez.

    Defense counsel has advised Paul Mamaril, United States Probation Officer, of the above and Mr. Mamaril has indicated he is agreeable to the proposed modification and is available on the proposed new date for the judgment and sentencing hearing.

The proposed changes are requested in order to allow additional time to resolve sentencing issues that have arisen.

DATED: December 12, 2012   /s/ Gilbert A. Roque
GILBERT A. ROQUE, Attorney for
VINH HOANG, Defendant

DATED: December 12, 2012   /s/ Todd D. Leras
TODD D. LERAS
Assistant United States Attorney

**ORDER**

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defendant Vinh Hoang's defense counsel and counsel for Plaintiff reasonable time necessary for resolution of sentencing issues, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and orders that the Presentence Report schedule be modified as stipulated, and that the January 8, 2013, judgment and sentence hearing for defendant Vinh Hoang is vacated and shall be continued until March 19, 2013, at 9:45 a.m.

**IT IS SO ORDERED.**

DATED: 12/13/2012   /s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE