```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2918
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  Case No.  CR-S-10-0168 JAM
                                 )
12            Plaintiff,         )
                                 )  ORDER RE: REQUEST TO SEAL
13       v.                      )  DOCUMENTS
                                 )
14                               )
    KENNY LU,                    )
15                               )
                                 )
16            Defendant.         )
                                 )
17                               )
                                 )
18  _____)
19
```

20      Upon application of the United States of America and good cause
21 having been shown,
22      IT IS HEREBY ORDERED that the "Request to Seal Documents," and
23 the documents described therein shall be filed in camera and under
24 seal and not be disclosed to any person unless otherwise ordered by
25 / / /
26 / / /
27 / / /
28 / / /

1

1 | this Court, with the exception that counsel for the above-named
2 | defendant has been provided with copies of all documents in
3 | anticipation of the sentencing hearing.

Date: March 11, 2013

_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE