1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  CR-S-10-0168 JAM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER RE: REQUEST TO SEAL |
| v. | ) | DOCUMENTS |
| VINH CHU HOANG, | ) | |
| Defendant. | ) | |

  Upon application of the United States of America and good cause having been shown,

  IT IS HEREBY ORDERED that the "Request to Seal Documents," and the documents described therein shall be filed in camera and under seal and not be disclosed to any person unless otherwise ordered by
/ / /
/ / /
/ / /
/ / /

1

1 | this Court, with the exception that counsel for the above-named
2 | defendant has been provided with copies of all documents in
3 | anticipation of the sentencing hearing.
4 |
5 | Date: March 15, 2013
6 |
7 |
8 | /s/ John A. Mendez
  | HON. JOHN A. MENDEZ
9 | UNITED STATES DISTRICT COURT JUDGE