|  | FILED |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | April 21, 2020<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

        Plaintiff,

v.

VINH HOANG,

        Defendant.

Case No. 2:10-cr-00168-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  VINH HOANG ,

Case No.  2:10-cr-00168-JAM   Charge 18 USC § 3583, from custody for the following reasons:

    X    Release on Personal Recognizance with the same terms and conditions and previously imposed plus electronic monitoring and home confinement. Ordered to appear before District Judge Mendez on June 9, 2020 at 9:15 am for Admit or Deny hearing.

        Bail Posted in the Sum of $ _____

        Unsecured Appearance Bond $ _____

        Appearance Bond with 10% Deposit

        Appearance Bond with Surety

        Corporate Surety Bail Bond

        (Other):

Issued at Sacramento, California on April 21, 2020 at 2:49 pm

        By:    /s/ Carolyn K. Delaney

        Magistrate Judge Carolyn K. Delaney